1 AARON C. GUNDZIK, SBN 132137
   agundzik@gghslaw.com
2 REBECCA G. GUNDZIK, SBN 138446
   rgundzik@gghslaw.com
3 GARTENBERG GELFAND HAYTON LLP
  15260 Ventura Blvd., Suite 1920
4 Sherman Oaks, CA  91406
  Telephone:  213.542.2100
5 Facsimile:   213.542.2101

6 JONATHAN M. LEBE, SBN 284605
   Jon@lebelaw.com
7 LEBE LAW, A PROFESSIONAL LAW CORPORATION
  777 S. Alameda Street, Second Floor
8 Los Angeles, CA 90021
  Telephone:  213.358.7046
9 Facsimile:   310.820.1258

Attorneys for Plaintiffs
PAUL RATAJESAK and DAVID JOHNSON,
Individually and on behalf of all others similarly situated

[Additional counsel listed on following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL RATAJESAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC., a Nebraska corporation; and DOES 1 through 25,<br><br>Defendants. | 2:18-cv-09396-DOC (AGRx)<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE [43]** |
| DAVID JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC., a Nebraska corporation; and DOES 1 through 25,<br><br>Defendants. | |

THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  jjohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

Attorneys for Defendant NEW PRIME, INC.

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Paul Ratajesak and David Johnson (collectively, the "Plaintiffs") and Defendant New Prime, Inc. ("New Prime") hereby stipulate as follows:

The parties have entered into a settlement agreement to resolve this consolidated action. Plaintiffs therefore agree to dismiss with prejudice his claims against New Prime in the above-captioned case. The parties acknowledge that this stipulation is not intended to affect the rights of third parties, including other members of the putative class.

According to Rule 41(a)(1)(A)(ii), therefore, this stipulation of dismissal signed by all parties who have appeared, constitutes the voluntary dismissal WITH PREJUDICE of this consolidated action without need of further Court order.

Dated: June 19, 2019

GARTENBERG GELFAND HAYTON LLP

By: */s/ Aaron C. Gundzik*
      Aaron C. Gundzik

Attorneys for Plaintiffs
PAUL RATAJESAK and DAVID JOHNSON

Dated: June 19, 2019

LEBE LAW
A PROFESSIONAL LAW CORPORATION

By: */s/ Jonathan M. Lebe*
      Jonathan M. Lebe

Attorneys for Plaintiffs
PAUL RATAJESAK and DAVID JOHNSON

Dated: June 19, 2019

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: */s/ Michele L. Maryott*
                                                       Michele L. Maryott

                                        Attorneys for Defendant
                                        NEW PRIME, INC.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, Aaron C. Gundzik hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ Aaron C. Gundzik*
                                            Aaron C. Gundzik

SO ORDERED.

Dated: June 19, 2019

                                        *David O. Carter*
                                        DAVID O. CARTER
                                        U.S. District Judge